## Ex parte HAMMER.
### No. 18127.

Court of Criminal Appeals of Texas.
Feb. 26, 1936.

Heidingsfelder, Wander & Hawkins, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

This is an appeal from the order of the district court refusing to discharge the relator upon her application for a writ of habeas corpus.

The evidence heard before the trial court is not brought up for review. We perceive nothing in the record which would require discussion or justify a reversal of the judgment. An affirmance is therefore ordered.